FILED
JUN 1 2 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            ) Criminal Case No. '08CR1968 BEN
                                     )
            Plaintiff,               ) I N F O R M A T I O N
                                     )
      v.                             ) Title 18, U.S.C., Sec. 1001 -
                                     ) False Statement to a Federal
MACARIO GUZMAN-MATA,                 ) Officer
                                     )
            Defendant.               )
_____)

The United States Attorney charges:

On or about October 11, 2005, within the Southern District of California, defendant MACARIO GUZMAN-MATA, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to a federal officer that he was a United States citizen, whereas in truth and fact, as defendant then and there well knew that statement and representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: June 12, 2008.

KAREN P. HEWITT
United States Attorney

MICHELLE M. PETTIT
Assistant U.S. Attorney