JULIE A. BLAIR
Attorney at Law
California State Bar Number 190802
964 Fifth Ave., Suite 214
San Diego, California 92101
Telephone: (619) 544-1419

Attorney for Defendant Guzman-Mata

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. ROGER T. BENITEZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR1968-BEN |
| Plaintiff, | ) | |
| v. | ) | JOINT MOTION FOR CONTINUANCE OF MOTION HEARING |
| MACARIO GUZMAN-MATA | ) | |
| Defendant. | ) | |

**IT is agreed** between the parties that the MOTION HEARING DATE currently scheduled for August 5, 2008, at 2:00 p.m., be continued until September 8, 2008, at 2:00 p.m. Defense counsel has consulted with government counsel, Michelle Pettit, and she has no objection.

DATED: August 4, 2008         S/ Julie A. Blair
                              **JULIE A. BLAIR**
                              Attorney for Defendant Guzman-Mata

                              S/Michelle M. Pettit
                              **MICHELLE M. PETTIT**
                              Assistant United States Attorney

C:\Documents and Settings\Administrator\My Documents\JAB FILES\jabsent\Guzman.Cont.wpd

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | **CASE NO. 08CR1968-**BEN |
| Plaintiff,                                   ) | |
| vs.                                              ) | **PROOF OF SERVICE** |
| MACARIO GUZMAN-MATA,      ) | |
| Defendants.                              ) | |

I, Julie A. Blair, do hereby state:

I am a citizen of the United States and a resident of the County of San Diego, State of California. I am over the age of eighteen years, and am not a party to the within action. My business address is 964 Fifth Avenue, Ste. 335, San Diego, California 92101.

On the this 4th day of August 2008, I served the within **Joint Motion for Continuance of Motion Hearing** in Case No. 08CR1968-BEN electronically through the CM/ECF system for the Southern District of California on the United States Attorney's Office, a registered user of the CM/ECF system.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED this day, 4th August 2008, at San Diego, California.

S/Julie A. Blair

JULIE A. BLAIR