1  JULIE A. BLAIR
   Attorney at Law
2  California State Bar Number 190802
   964 Fifth Ave., Suite 214
3  San Diego, California 92101
   Telephone: (619) 544-1419
4
   Attorney for Defendant Guzman-Mata
5

6

7              UNITED STATES DISTRICT COURT

8              SOUTHERN DISTRICT OF CALIFORNIA

9                  **(HON. ROGER T. BENITEZ)**

10  UNITED STATES OF AMERICA,    )    CASE NO. 08CR1968-BEN
                                 )
11       Plaintiff,              )
                                 )
12  v.                           )    JOINT MOTION FOR
                                 )    CONTINUANCE OF
13  MACARIO GUZMAN-MATA          )    MOTION HEARING
                                 )
14                               )
         Defendant.              )
15  _____

16

17    **IT is agreed** between the parties that the MOTION HEARING DATE

18  currently scheduled for September 11 2008, at 2:00 p.m., be

19  continued until October 14, 2008, at 9:00 a.m.  Defense counsel has

20  consulted with government counsel, Michelle Pettit, and she has no

21  objection.

22

23  DATED: September 4, 2008           S/ Julie A. Blair
                                       **JULIE A. BLAIR**
24                                     Attorney for Defendant Guzman-Mata

25                                     S/Michelle M. Pettit
                                       **MICHELLE M. PETTIT**
26  _____       Assistant United States Attorney

27

28  C:\DOCUMENTS AND SETTINGS\ADMINISTRATOR\MY DOCUMENTS\JAB FILES\JABMOTN2\GUZMAN.CONT2.WPD

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CASE NO. 08CR1968-**BEN |
| Plaintiff, ) | ) |
| vs. ) | **PROOF OF SERVICE** |
| ) | |
| MACARIO GUZMAN-MATA, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

I, Julie A. Blair, do hereby state:

I am a citizen of the United States and a resident of the County of San Diego, State of California. I am over the age of eighteen years, and am not a party to the within action. My business address is 964 Fifth Avenue, Ste. 335, San Diego, California 92101.

On the this 4th day of September 2008, I served the within **Joint Motion for Continuance of Motion Hearing** in Case No. 08CR1968-BEN electronically through the CM/ECF system for the Southern District of California on the United States Attorney's Office, a registered user of the CM/ECF system.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED this day, 4th September 2008, at San Diego, California.

S/Julie A. Blair

JULIE A. BLAIR